IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00577-WYD-MEH

LLOYD VICTOR HAYNES,

    Plaintiff,

v.

RYAN MEMMEN,
STEVE BUSH, and
UNITED STATES OF AMERICA,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 14, 2008.**

    Plaintiff has filed a Motion for Order for Mr. Rector to Return Materials [Docket #70]. This case was dismissed in 2004 and has not been reopened. Thus, discovery is not ongoing, and this Court has no jurisdiction to enforce Plaintiff's attempts to seek discovery from Mr. Rector. Accordingly, this case is not the proper avenue of seeking relief from Mr. Rector, and the Motion is **denied**.