IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  03-cv-00577-WYD-MEH

LLOYD VICTOR HAYNES,

    Plaintiff,

v.

RYAN MEMMEN,
STEVE BUSH,
 and UNITED STATES OF AMERICA,

    Defendants,
_____

**ORDER**
_____

    THIS MATTER is before the Court on a review of the file.  It has come to my attention that Plaintiff has filed two complaints against me pursuant to the Judicial Conduct and Disability Act.  Accordingly, I should recuse myself from this matter.  It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated:  February 1, 2012

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge